**Leroy STALLWORTH, Petitioner**

v.

**John KERESTES, Respondent**

**No. 46 MAL 2017**

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.